**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, TIMOTHY HAYNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )     CASE NO. 6:06-mj-00201-WMW
                                       )
                                       )
                                       )     WAIVER OF DEFENDANT'S
                      Plaintiff,       )     PERSONAL APPEARANCE
                                       )
vs.                                    )
                                       )
TIMOTHY HAYNER,                        )
                                       )
                      Defendant.       )
                                       )
_____)

TO THE ABOVE-ENTITLED COURT:

The Defendant TIMOTHY HAYNER, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include when the case is set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were

1

1   personally present in court, and further agrees that notice to Defendant's attorney that

2   Defendant's presence in court on a particular day at a particular time is required is notice to the

3   Defendant of the requirement of Defendant's appearance at that time and place.

4

5   Dated: October 17, 2006

6   By: ___/s/ Timothy Hayner___
    TIMOTHY HAYNER

7   Dated: October 17, 2006

8   By: ___/s/ Carol Ann Moses___
    CAROL ANN MOSES

9   Attorney for Defendant,
    TIMOTHY HAYNER

10  Dated: _____

11  By: _____

12  WILLIAM M. WUNDERLICH
    U.S. MAGISTRATE JUDGE

13

14  IT IS SO ORDERED.

15  Dated:    October 18, 2006          _____/s/  William M. Wunderlich_____
    mmkd34                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE