**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. __06 mj 201__
__17__
__P06134H__

Timothy Hayner

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: __6-30-61__
DRIVER'S LICENSE #: _____
ADDRESS: __PO Box 233__
__Laytonville, CA 95454__
CITY   STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _____
DEFENDANT'S SIGNATURE

__6 months court probation__

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(✓) Fine: $ __330.00__ and a penalty assessment of $ __20.00__ for a TOTAL AMOUNT OF: $ __350.00__ within _____ days/months; or payments of $ __160.00__ per month, commencing __1/19/07__ and due on the __19th__ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by _____

__Defendant to abstain from possession of alcohol in Yosemite National Park__

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026**

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: __12-5-06__

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

EDCA-3